UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NICOLE BERRY,<br><br>    Defendant. | NO. CR-15-181-HSG<br><br>**ORDER DETAINING DEFENDANT NICOLE BERRY** |

Defendant Nicole Berry is charged with conspiracy to file false claims, theft of government property, access device fraud, and aggravated identity theft in violation of 18 U.S.C. §§ 286, 641, 1029, and 1028A. On May 21, 2015, the United States moved for Berry's detention as flight risk and as a danger to the community pursuant to 18 U.S.C. § 3142. The Magistrate Court set the matter for a detention hearing on June 1, June 4, June 22, July 1, and July 24, 2015, pursuant to 18 U.S.C. § 3142(f).

In preparation for the detention hearing, Pretrial Services prepared a bail report and recommended that Berry be detained as a danger to the community and as a flight risk. The bail report noted Berry's prior criminal history, which included several arrest warrants, convictions, probation violations, and failures to appear in court.

On July 24, 2015, following a hearing pursuant to 18 U.S.C. § 3142(f), and considering the bail report, the alleged offense conduct in this case, and the factors set forth in 18 U.S.C. § 3142(g), the Court ordered defendant detained, as no condition or combination of conditions in 18 U.S.C. § 3142(c)

DETENTION ORDER
CR-15-0181-HSG                                                   1

1  will reasonably assure the safety of any other person and the community or mitigate the risk of flight.
2  See 18 U.S.C. § 3142(e) and (f).
3      Accordingly, **IT IS HEREBY ORDERED** that Berry be detained as no condition or
4  combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the safety of any other person
5  and the community and because there is a risk that she may flee.
6      **IT IS SO ORDERED.**

DATED:  August 3, 2015

                          HON. DONNA M. RYU
                          United States Magistrate Judge