DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA  94596
Tel. (925) 933-5100
Fax  (925)933-5297

Attorney for NICOLE BERRY

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA,   )<br>                                       )<br>           Plaintiff,                  )<br>                                       )<br>vs.                                    )<br>                                       )<br>NICOLE BERRY,                          )<br>                                       )<br>           Defendant.                  )<br>_____) | **No. CR 15-00181 HSG**<br><br>STIPULATION AND<br>[PROPOSED] ORDER<br>TO CONTINUE<br>CHANGE OF PLEA HEARING |

   The defendant, by and through her attorney of record, DEBORAH G. LEVINE, and Assistant United States Attorney, THOMAS M. NEWMAN, hereby stipulate and ask the court to continue the Change of Plea Hearing set for August 10, 2015 at 2 p.m. and set that hearing instead for August 24, 2015 at 2 p.m. for change of plea.:

   Counsel for Ms. Berry has been unable to meet with her client to review the plea agreement because the scheduled appointment for counsel to meet with her client at the Santa Rita Jail (Alameda County Sheriff's facility) was canceled by the jail and  will be rescheduled but not before August 10, 2015.  For this reason more time is needed for counsel to meet with her client to review the proposed plea agreement.

   The parties agree that time should be excluded under the Speedy Trial Act [18 U.S.C.§3161(h)7(B)(4)] from August 10, 2015 to August 24, 2015 in order for counsel to effectively represent her client at this critical stage of the proceedings.  The parties also agree that the ends of

justice are served by granting such a continuance and outweigh the best interests of the public and the defendant to a speedy trial.

IT IS SO STIPULATED:

Dated: August 7, 2015                                    /s/Thomas M. Newman
                                                         Thomas M. Newman
                                                         Assistant United States Attorney

Dated: August 7, 2015                                    /s/Deborah G. Levine
                                                         DEBORAH G. LEVINE
                                                         Attorney for Nicole Berry

### [~~PROPOSED~~] ORDER

FOR GOOD CAUSE SHOWN, IT IS ORDERED THAT:

The currently scheduled Hearing set for August 10, 2015 be continued to August 24, 2015 at 2 p.m. for change of plea. It is further ordered that time be excluded pursuant to 18U.S.C.§3141(h)(7) until August 24, 2015 for effective preparation of counsel.

IT IS SO ORDERED

Dated:    8/10/2015                          _____
                                             HONORABLE HAYWOOD S. GILLIAM, JR.
                                             UNITED STATES DISTRICT COURT JUDGE