# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND VENUE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>NICOLE BERRY,<br><br>　　　　　　　Defendant.<br>_____ / | CASE NO.  CR 15-00181 HSG<br>ORDER<br>_____<br><br>Date:　August 26, 2015<br>Dept:　Honorable Haywood S. Gilliam, Jr. |

## ORDER

Good cause being shown, it is hereby ORDERED that defendant Nicole Berry be evaluated by New Bridge Foundation, Drug and Alcohol Treatment Program, to determine her suitability for admission to their residential treatment program.  Pretrial Services shall make any necessary referrals and receive any relevant reports from New Bridge.

IT IS SO ORDERED:　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Haywood S. Gilliam, Jr.