DEBORAH G. LEVINE
CA State Bar No. 57607
Law Offices of Deborah G. Levine
1299 Newell Hill Place, Suite 300
Walnut Creek, CA 94596
Tel. (925) 933-5100
Fax (925)933-5297

Attorney for NICOLE BERRY

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) | **No. CR 15-00181 HSG** |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER |
| vs. ) | TO MODIFY RELEASE CONDITIONS |
| NICOLE BERRY, ) | |
| Defendant. ) | |

The defendant, by and through her attorney of record, DEBORAH G. LEVINE, and Assistant United States Attorney, JOSE OLIVERA, hereby stipulate and agree to request that the current conditions of pre trial supervision be modified to permit the Defendant to reside at Options Recovery Services in Berkeley after she completes her current program at New Bridge. New Bridge recommends that Nicole Berry transition to Options on or about March 24, 2017.

Ms. Berry was released to New Bridge as a condition of her pre trial supervision on December 29, 2016 by order of Judge Sallie Kim (document #84). She has continued to reside at New Bridge in good standing since December 29, 2016. Ms. Berry will have completed 90 days at New Bridge on or about March 24, when it is recommended she transition to Options in Berkeley.

///
///
///
///

IT IS SO STIPULATED:

Dated: March 14, 2017                    /s/_____
                                         Jose Olivera
                                         Assistant United States Attorney

Dated: March 14, 2017                    /s/_____
                                         DEBORAH G. LEVINE
                                         Attorney for Nicole Berry

## [PROPOSED] ORDER

**FOR GOOD CAUSE SHOWN, IT IS HEREBY ORDERED THAT:**

Pre trial supervision for Nicole Berry shall be modified so that she can reside at Options Recovery Services when released from New Bridge on or about March 24, 2017. All other conditions of pre trial services supervision to remain in effect.

IT IS SO ORDERED

Dated: 3/23/17                           _Kandis Westmore_____
                                         UNITED STATES MAGISTRATE JUDGE